IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL A. BRENNAN,<br>individually and on behalf<br>of herself and all others<br>similarly situated, | : <br> : <br> : <br> : | No. 13-CV-02939 <br><br> (Judge Mannion) |
| and, | : | |
| ANTHONY COLINO, individually<br>and on behalf of himself and<br>all other similarly situated, | : <br> : <br> : | |
| and, | : | |
| COURTNEY BELLOMO,<br>individually and on behalf of<br>herself and all others<br>similarly situated, | : <br> : <br> : <br> : | CLASS ACTION |
| Plaintiffs, | : | |
| vs. | : | |
| COMMUNITY BANK, N.A., | : | |
| Defendant | : | |

ORDER

AND NOW, this  5th  of November, 2014, upon consideration of Plaintiffs' UNOPPOSED MOTION FOR ENLARGMENT OF TIME (FILED WITH THE CONCURRENCE OF ALL PARTIES), it is hereby ORDERED that the parties shall file their motion for preliminary approval on or before Friday December 19, 2014.

BY THE COURT:

MALACHY E. MANNION
United States District Judge