IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL A. BRENNAN,<br>individually and on behalf<br>of herself and all others<br>similarly situated, | : : : : : | No. 13-CV-02939<br><br>(Judge Mannion) |
| and, | : : | |
| ANTHONY COLINO, individually<br>and on behalf of himself and<br>all other similarly situated, | : : : : | |
| and, | : : | CLASS ACTION |
| COURTNEY BELLOMO,<br>individually and on behalf of<br>herself and all others<br>similarly situated, | : : : : : | |
| Plaintiffs, | : : | |
| vs. | : : | |
| COMMUNITY BANK, N.A., | : : | |
| Defendant | : | |

FILED
SCRANTON
DEC 2 9 2014
PER _____
DEPUTY CLERK

ORDER

AND NOW, this ___19th___ of December, 2014, upon consideration of Plaintiffs' UNOPPOSED MOTION FOR SECOND ENLARGMENT OF TIME (FILED WITH THE CONCURRENCE OF ALL PARTIES) (Doc. No. ___), it is hereby ORDERED that the Plaintiffs shall file their motion for preliminary approval on or before Monday January 5, 2015.

BY THE COURT:

MALACHY E. MANNION
United States District Judge