IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, ANTHONY COLINO, and COURTNEY BELLOMO, individually and on behalf of all others similarly situated,<br>                    Plaintiffs,<br><br>              vs.<br><br>COMMUNITY BANK, N.A.<br>                    Defendant. | NO. 13-CV-02939<br><br><br><br><br>JUDGE MANNION<br><br><br>CLASS ACTION |

## ORDER

AND NOW, this _____ day of January 2015, upon consideration of Plaintiffs' unopposed Motion for Leave to Exceed Page Limits, it is hereby ORDERED that said Motion is GRANTED.

                                              BY THE COURT:


                                              _____
                                              MALACHY E. MANNION
                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, ANTHONY COLINO, and COURTNEY BELLOMO, individually and on behalf of all others similarly situated,<br>                    Plaintiffs,<br><br>        vs.<br><br>COMMUNITY BANK, N.A.<br>                    Defendant. | NO. 13-CV-02939<br><br><br><br><br>JUDGE MANNION<br><br><br><br>CLASS ACTION |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiffs, by and through their undersigned counsel, hereby move for leave to file a brief in excess of the limits of Loc. R. Civ. P. 7.8(b) and state as follows:

1.      On January 5, 2015, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement. (Doc. No. 72).

2.      This is a two-state class action where Plaintiffs are seeking approval for a class-wide settlement of claims arising the Article 9 consumer protection provisions of the Uniform Commercial Codes of Pennsylvania and New York.  13 Pa. C.S. §9601, *et seq*; N.Y. U.C.C. Law § 9-601, *et seq* (McKinney).

3.      Preliminary approval of a class settlement involves two essential steps: (A) a preliminary determination of whether the elements of Fed. R. Civ. P. 23 governing class certification can be met, and (B) whether a class settlement is prima facie fair, reasonable and adequate.  *See In re NFL Players Concussion*

*Injury Litig.*, ---F.3d ----, 2014 WL 7331936, *10 (3d Cir. Dec. 24, 2014); *Wallace v. Powell,* 301 F.R.D. 144, 159-60 (M.D. Pa. 2014).

4. As such, legal argument for preliminary approval in this case involves briefing two substantial questions, which could be addressed in two substantial briefs.

5. In the effort to avoid redundancy (e.g. two statements of fact, procedure, the settlement terms), Plaintiffs seek to file one Memorandum in Support of Preliminary Approval which addresses both legal questions – Rule 23 certification and fairness of settlement, with said memorandum appearing on the docket at ECF No. 76, filed January 20, 2015.

6. Filing one brief (as well as one appendix of exhibits) addressing all of the inquiries for preliminary approval is economical for the Court and parties. Plaintiffs will be delivering a bound copy of the Motion, Memorandum and Exhibits to chambers.

7. Plaintiffs' Memorandum is approximately 8500 words, and thus is in excess of the limits imposed by Loc. R. Civ. P. 7.8(b).

8. For the reasons set forth above, Plaintiffs request leave be granted to file a brief in excess of the Local Rule limitation not to exceed 8500 words.

9. The undersigned certifies pursuant to Loc. R. 7.1 that Defendant Community Bank consents to this Motion.

WHEREFORE, Plaintiffs should be granted leave to file a brief in excess of the limitations set forth in Local R. Civ. P. 7.8(b).

Date:  1/20/15

*/s/ Cary L. Flitter*
CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ
FLITTER LORENZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782

EUGENE C. KELLEY
TIMOTHY POLISHAN
KELLEY POLISHAN &
SOLFANELLI, LLC
259 South Keyser Avenue
Old Forge, PA 18518
570-562-4520

M. SCOTT BARRETT
*(Admitted Pro Hac Vice)*
BARRETT WYLIE, LLC
Showers Plaza - P.O. Box 5233
320 West 8th Street - Suite 100
Bloomington, IN 47407-5233
(812) 334-2600

**Attorneys for Plaintiffs and the Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, ANTHONY COLINO, and COURTNEY BELLOMO, individually and on behalf of all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COMMUNITY BANK, N.A.<br>　　　　　　　　Defendant. | NO. 13-CV-02939<br><br><br><br>JUDGE MANNION<br><br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I, CARY L. FLITTER, hereby certify that a copy of Plaintiffs' Motion for Leave to Exceed Page Limit has been electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to:

Jonathan B. Fellows, Esquire
Suzanne O. Galbato, Esquire
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202

Jane T. Smedley, Esquire
Joseph E. Kluger, Esquire
HOURIGAN, KLUGER & QUINN, P.C.
600 Third Avenue
Kingston, PA 18704

**Attorneys for Defendant**

1

Richard Shenkan, Esquire
SHENKAN INJURY LAWYERS
6550 Lakeshore Drive
West Bloomfield, MI 48323

Howard A. Rothenberg, Esquire
345 Wyoming Avenue, Suite 210
Scranton, PA 18503

**Attorneys for Plaintiff, Nicole Urban**

Date:  1/20/15                                              */sl Cary L. Flitter*
                                                            CARY L. FLITTER

    Said document is available for viewing and downloading from the ECF system.

Date:  1/20/15                                              */s/ Cary L. Flitter*
                                                            CARY L. FLITTER