IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, individually and on behalf of herself and all others similarly situated<br><br>and<br><br>ANTHONY COLINO, individually and on behalf of himself and all others similarly situated<br><br>and<br><br>COURTNEY BELLOMO, individually and on behalf of herself and all others similarly situated<br>　　　　　　　　Plaintiffs<br><br>vs.<br><br>COMMUNITY BANK, N.A.<br>　　　　　　　　Defendant | CLASS ACTION<br><br><br><br>NO. 13-CV-02939 (Judge Mannion) |

**PRAECIPE TO WITHDRAW PLAINTIFFS' FIRST
MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

　　Kindly withdraw Plaintiffs' first Motion for Preliminary Approval of Class Settlement, filed on January 5, 2015, at Doc. No. 72, and Brief in Support filed January 20, 2015 at Doc. No. 76.

　　　　　　　　　　　　　　　　Respectfully submitted:


Dated:  3/25/15　　　　　　　　　*/s/ Cary L. Flitter*
　　　　　　　　　　　　　　　　CARY L. FLITTER

THEODORE E. LORENZ
ANDREW M. MILZ
FLITTER LORENZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782

EUGENE C. KELLEY
TIMOTHY POLISHAN
KELLEY POLISHAN &
SOLFANELLI, LLC
259 South Keyser Avenue
Old Forge, PA 18518
570-562-4520

M. SCOTT BARRETT
BARRETT WYLIE, LLC
*(Admitted Pro Hac Vice)*
Showers Plaza - P.O. Box 5233
320 West 8th Street - Suite 100
Bloomington, IN 47407-5233
(812) 334-2600

**Attorneys for Plaintiffs and the Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, individually and on behalf of herself and all others similarly situated<br><br>and<br><br>ANTHONY COLINO, individually and on behalf of himself and all others similarly situated<br><br>and<br><br>COURTNEY BELLOMO, individually and on behalf of herself and all others similarly situated<br>Plaintiffs<br><br>vs.<br><br>COMMUNITY BANK, N.A.<br>Defendant | CLASS ACTION<br><br>NO. 13-CV-02939 (Judge Mannion) |

**CERTIFICATE OF SERVICE**

I, CARY L. FLITTER, certify that I caused a true and correct copy of the foregoing Plaintiff's Praecipe to Withdraw first Motion for Preliminary Approval of Amended Class Action Settlement to be served via ECF, upon the following:

Jonathan B. Fellows, Esquire
Suzanne O. Galbato, Esquire
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202

Jane T. Smedley, Esquire
Joseph E. Kluger, Esquire
HOURIGAN, KLUGER & QUINN, P.C.
600 Third Avenue
Kingston, PA 18704

**Attorneys for Defendant, Community Bank, N.A.**

A copy of this Praecipe shall also be sent this date, by email to:

Howard Rothenberg, Esquire
HERLANDS & ROTHENBERG
240 Penn Avenue
P.O. Box 269
3rd Floor
Scranton, PA 18501
**hrlaw01@gmail.com**

Richard Shenkan, Esquire
SHENKAN INJURY LAWYERS
6550 Lakeshore Drive
West Bloomfield, MI 48323
**rshenkan@shenkanlaw.com**

**Counsel for Non-Party Nicole Urban**

Date:  3/25/15                                               */sl Cary L. Flitter*
                                                            CARY L. FLITTER