UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, *individually* : <br> *and on behalf of all others* <br> *similarly situated*, : | |
| Plaintiffs : | CIVIL ACTION NO. 3:13-2939 |
| v. : | (JUDGE MANNION) |
| COMMUNITY BANK, N.A., : | |
| Defendant : | |

## ORDER

AND NOW, this 25th day of June, 2015, upon consideration of Plaintiff's Motion for Appointment of Interim Class Counsel Pursuant to Fed. R. Civ. P. 23(g)(3) (Doc. 61), the court being advised that Defendant Community Bank, N.A. takes no position on Plaintiff's Motion, and for good cause shown, it is **ORDERED** that the Motion is **GRANTED**. Flitter Lorenz, P.C., Kelley Polishan Walsh & Solfanelli, LLC, and Barrett Wylie, LLC are hereby appointed interim Class Counsel with the following responsibilities:

A. Plaintiffs' interim Class Counsel shall be generally responsible for coordinating the activities of Plaintiffs during pretrial proceedings, and shall:

 I. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings.

ii. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g) as interim Class Counsel deem appropriate.

iii. Coordinate the selection and preparation of expert witnesses for Plaintiffs.

iv. Negotiate and enter into stipulations with opposing counsel as necessary throughout the litigation, including discovery, mediation, and settlement negotiations.

v. Perform such other duties as may be incidental to proper coordination of Plaintiffs' activities or authorized by further order of the court.

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 6, 2015**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2013 ORDERS\13-2939-15.wpd