IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, ANTHONY COLINO, and COURTNEY BELLOMO, individually and on behalf of all others) similarly situated, | ) ) ) ) ) Civil Action<br>) ) No. 13-CV-02939-MEM<br>) |
| Plaintiffs, | ) Hon. Malachy E. Mannion<br>) |
| | ) CLASS ACTION<br>) |
| v. | ) Filed on behalf of Objectors<br>) |
| COMMUNITY BANK, N.A. | ) <u>Counsel for these Parties:</u><br>) Richard Shenkan, Esquire |
| Defendant | ) Shenkan Injury Lawyers, LLC<br>) Attorney ID 79800<br>) P.O. Box 7255<br>) New Castle, PA 16107<br>) T: (800) 601-0808<br>) F: (888) 769-1774 |

**<u>AFFIDAVIT OF AUTO EXPERT DAVID STIVERS</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE URBAN, individually and on behalf of all others similarly situated, ) ) ) ) | CIVIL ACTION<br><br>No. 3:14-CV-01039-MEM<br><br>Hon. Malachy E. Mannion |
| Plaintiff, ) ) | |
| v. ) ) | CLASS ACTION |
| COMMUNITY BANK, N.A. ) ) | Counsel of Record for Plaintiff: |
| Defendant ) ) ) ) ) ) ) | Richard Shenkan, Esquire<br>Shenkan Injury Lawyers, LLC<br>Attorney ID 79800<br>P.O. Box 7255<br>New Castle, PA 16107<br>T: (800) 601-0808<br>F: (888) 769-1774 |

## EXPERT AFFIDAVIT OF DAVID STIVERS

I, David Stivers, declare, pursuant to 28 U.S.C. §1746:

1.     I have been engaged by Richard Shenkan, Esq., counsel for Plaintiff in the above-captioned action. I examined titling and sales documents in Nicole Urban's file and the 35 files of the Pennsylvania putative class members and other information I deemed appropriate with respect to this action.

2.     Based on my background, career experience, and knowledge in the field of automobile sales and service standards, I make the following opinions based on a reasonable degree of professional certainty. A copy of my CV is attached hereto.

3.     In support of my conclusions, I have reviewed the Urban loan file and the 35 loan files produced by the Community Bank relating to the Pennsylvania class members.

1

### Community Bank's Practice of Title Washing

4.      The files of numerous Pennsylvania class members revealed Community Bank's practice to "wash" or "cloak" vehicle titles across state lines thereby, in my opinion, violating 18 U.S.C. §2314 and/or 49 U.S.C. §32701 et seq.

5.      The title washing practice is executed in the following way:

   a.   After Community Bank repossesses a vehicle of a Pennsylvania borrower in Pennsylvania, it routinely executes the New York State Department of Motor Vehicles' Form MV-950 "Affirmation of Repossession and Bill of Sale" which states:

        "Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York Vehicle and Traffic Law (see page 2) and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. ..." /s/ Bank's agent [1]

   b.   Based on this material representation, the New York State Department of Motor Vehicles issues a title to the vehicle in New York.

   c.   Community Bank then routinely re-sells the New York titled repossessed vehicle in Pennsylvania.

6.      It is my opinion that the consequence of this practice facilitates odometer fraud violations on a mass scale principally because it enables Community Bank to better conceal the history of the vehicles' prior owners (i.e., the borrowers who suffered the repossession) to any prospective re-purchaser of the vehicle.

7.      "Cloaking the title" refers to the business strategy of not making a vehicle's complete title available for the prospective buyer to see during the "closing" of an auto sale.

8.      Federal Odometer Act, 49 U.S.C. 32701 et seq., as it is carried out on a

---

[1]   Copies of numerous redacted MV-950 forms are attached as Exhibit 1.

daily basis in the US auto sales and finance industry, requires that the selling dealer show the actual vehicle title to the prospective buyer, so the prospective buyer is able to sign the title to certify the odometer reading. This signing of the title is also an industry standard.

9.      A purpose of showing the actual title to the prospective buyer is not just to certify the odometer mileage, but also to give the prospective buyer opportunity to read the information on the title for a verification of the vehicle's odometer reading. One such item of this information is the name and the address of the prior owner. By contacting the prior owner, the prospective buyer has the opportunity to learn more about the vehicle, to inquire into purchase-influential details (material facts) such as the historical and mechanical condition of the vehicle.

10.     While the Pennsylvania title would ordinarily have the repossessed borrower's name on the title and a corresponding mileage history, the newly issued New York title will likely only list Community Bank as the sole prior owner but also not include the prior mileages of prior ownerships. [2]

11.     Significantly, Community Bank systemically failed to complete the information in boxes #4 [Odometer Disclosure Statement] and #5 [Damage Disclosure Statement]. This serial omission leads me to further call into question the validity of this incomplete document. The odometer disclosure statement should have been completed listing the mileage as of the time of the repossession; however, there is no evidence that such was properly performed by Community Bank. Rather, based on these documents, Community Bank has attested to incomplete facts.

---

[2]  The New York titles were not provided in the sampling provided by Community Bank.

12.     This title washing practice has likely harmed a significant number of (or potentially all) of the putative Pennsylvania class members. I say this because, similar to a daily car rental (i.e., a vehicle in the active inventory of a commercial rental company such as Hertz or Avis), a repossessed vehicle (with a truthful disclosure as to the repossession history) typically fetches less money at a private dealer-only auction than a non-repossessed or non-commercial daily rental vehicle. Based on my experience, Community Bank likely does not pass along to the class members the proportionate increase in price it likely receives at the auction as a result of its failure to disclose the complete past title history. [3]

13.     While typically the effect of cloaking the title history will increase the sale price, there will be a considerable diminution in value if the title is not available at the time of the auction. Vehicles that are sold without title available at the time of sale ordinarily fetch less money. These vehicles are typically run under a color lit designated lane for their easy identification (i.e., a vehicle which has no titling problems be presented in a "green" lighted lane compared to a repossessed vehicle with titling problems [or a delay in obtaining title] may be sold under a "yellow," "blue," or "red" lighted lane).

## COMMUNITY BANK'S PRACTICE OF FALSE AFFIRMATIONS ON GOVERNMENT TITLING DOCUMENTS

14.     An additional potential reason for Community Bank to engage in this title washing practice is that it enables the bank to better elude Pennsylvania authorities and still obtain a "clean" title. If the bank would have obtained title in Pennsylvania to arrange for the re-sale of the vehicle, it would have had to complete PennDOT's MV-

---

[3]   This reduction similarly holds true when the repossessed vehicle is sold in the retail market.

4

217A form. In this connection, Community Bank would have had to attest to the following:

> **Repossessor's Certification Information**
>
> I certify that the owner/lienholder named in this document has repossessed the above described motor vehicle or mobile home upon default according to the terms of the security agreement and has complied with all applicable laws and regulations of Pennsylvania. [4]

15.   If Community Bank's Notice of Repossession, for example, violated Pennsylvania law, then Community Bank should not have made such an affirmation on the MV-950 (NY) or MV-217A (PA). Without a completed MV-217A, Community Bank could not have obtained a reissued title in Pennsylvania. However, the likelihood of the Pennsylvania authorities or PennDOT detecting a titling problem in New York is significantly reduced once Community Bank re-titled the vehicles in New York with Community Bank's systemic use of New York's MV-950.[5]

16.   Significantly, if Community Bank is found to have violated the law pertaining to Pennsylvania and/or New York's Commercial Code ("UCC"), then Community Bank's serial affirmations on New York's MV-950 that it had complied with all "applicable laws in the state where the vehicle was repossessed," would not be true. Such a finding may then give rise to an additional claim of the putative class against Community Bank for

---

[4]   A copy of this form is attached as **Exhibit 2**.

[5]   The Notice of Sale document sent to Pennsylvania class members states that the repossessed vehicle was sold at an auction to the highest bidder "in conformity to the laws of the State of New York." I find this Notice of Sale (redacted exemplar attached as **Exhibit 3**) not to be commercially reasonable if the laws of Pennsylvania applied to the transaction in question. By incorrectly stating that New York law (rather than Pennsylvania law) applies to the re-sale of the vehicle serves to discourage its Pennsylvania defaulted borrowers to challenge the process as they would reasonably believe that a lawyer licensed in New York would have to help them. My review of these files show that the subject vehicles were purchased, repossessed, stored, and resold in Pennsylvania (with only re-titling being completed in New York).

conversion and call into question the money that Community Bank has collected on class members' deficiency balances.

17.     As the present settlement (or its negotiations) did not take into consideration the title cloaking issue and the purported false affirmations on the government documents, it is my opinion that the present settlement is not in the best interest of the class. It is further my opinion that obtaining additional information regarding these questioned practices would help me better assess the practice's scope, extent, and harm.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 26, 2015.

_David Stivers_
David Stivers

SWORN AND SUBSCRIBED this 26 day of January, 2015.

By: _Elena Falco_
      Notary Public

ELENA FALCO
Notary Public - State of Florida
My Comm Expires Oct 30, 2016
Commission # EE 848032

6

# David A. Stivers
### AUTO INDUSTRY CONSULTANT
1650 Gallop Drive, Loxahatchee, Florida 33470
TELEPHONE   (561)  793 - 3150
FACSIMILE   (561)  791 - 1066
David@AutoKnow.com

### Education:

University:  1978: Bachelor of Arts Degree from the University of New Mexico
college activities: Swim Team, Wind Ensemble, Public Interest Research Group

*Language skills*: English, German, and Spanish.

Florida insurance licenses: General Lines (including auto / casualty), Life, Health

### Automobile Industry Schools & Seminars:

| | |
|---|---|
| General Motors Corporation | General Motors Acceptance Corp. |
| Ford Motor Company | Ford Motor Credit Company |
| Chrysler Corporation | Chrysler Credit Corporation |
| American Honda Motor Co. | Oxford Resources Corporation |
| Toyota Motor Sales | Southeast Toyota Distributors |
| Nissan Motor Company, Ltd. | Citicorp; Nissan Motor Acceptance |
| Volkswagen United States | Hyundai Motor Company - America |

### Automobile Industry Career & Experience:

Over twenty years ago I began selling automobiles, ultimately promoted to these
key positions of responsibility in car dealership & multi-dealership management:

| | |
|---|---|
| New Car Sales Manager | Sales Strategy Educator |
| Used Car Sales Manager | Evaluation Specialist |
| Finance & Insurance Manager | Computer System Trainer |
| Business Manager | Odometer Accuracy Enforcer |
| General Finance Manager | Analysis Report Author |
| Director of Finance | Business Ethics Lecturer |

### Accolades by the Automobile Industry:

Ford Motor Company in its  DEALER WORLD  magazine, published worldwide.
General Motors Corporation     Buick Motor Division     Chevrolet Motor Division
Florida Automobile Dealers Association     New Mexico Auto Dealers Association

### Guest Speaker Engagements:

Ford Motor Company in 1986, 1989, 1990.   Nissan Motor Company, Ltd. in 1983
General Motors Corporation in 1991, 1992.   Chevrolet Motor Division in 1979
Auto Conference in 1997, 1999, 2003, 2004. Wildland Fire Litigation Conf. 2012
National Association Consumer Agency Administrators conferences (2002, 3, 7)
Palm Beach County Bar Association invited me as guest speaker in a consumer
education program, '95-97.  "Disclosure"  topic generated audience enthusiasm.

### 1995 - 2015 Career Media Coverage: Television, Radio & Newspaper interviews

| | | |
|---|---|---|
| ABC's *Prime Time Live 20/20* | NBC's *TODAY* | *The Philadelphia Inquirer* |
| The Wall Street Journal | *The Miami Herald* | Miami - Dade Cable Cap TV |
| *The Plain Dealer* (Cleveland) | Forbes.com | *The Palm Beach Post* |
| Ft. Lauderdale Sun-Sentinel | *The Detroit News* | WCHB AM radio in Detroit |
| *The London Daily Express* | Belfast Telegraph | *KTRH AM radio in Houston* |
| CBS Evening News, CBS-12 | *Kiplinger Report* | The Scotsman (Great Britain) |
| *The Orlando Sentinel* | Birmingham News | *Daily Business Review* |
| NBC *News, Steals & Deals* | The Boston Globe | The Washington Post |

### Auto Industry Consultation & Expert Witness Capabilities:

| | | |
|---|---|---|
| standards of auto industry | Federal Truth-In-Lending | damages assessment |
| sales & leasing practices | consumer leasing act | justifiable reliance |
| consumer transactions | Magnuson-Moss | financial calculations |
| factory-dealer franchises | lemon law | evaluate testimony |
| auto dealer management | odometer law | identify sales systems |
| role of lending institutions | unfair & deceptive trade | lemon laundering |
| manufacturer link | auto warranty programs | insurance issues |
| consumer class actions | consumer fraud | unfair debt collection |
| disclosure to consumers | civil theft or conversion | pressure sales tactics |

### Government Consultation & Pioneering of Consumer Legislation:

| | |
|---|---|
| Florida Attorney General's Office | Federal Deposit Insurance Corporation |
| Federal Bureau of Investigation | Florida States Attorney's Office |
| Florida Department of Insurance | United States Federal Reserve Board |
| United States Treasury Department | Office of the Comptroller of the Currency |

new law October 1, 1995 by the Florida legislature requiring key lease disclosure

### Consultation for Consumer Action Groups, Attorneys, & Class Actions:

New York, Florida, Alabama & California lawfirms specializing in class actions
Ralph Nader's Center For The Study Of Responsive Law
Attorneys representing victimized consumers or defending automobile dealers
Key-note speaker for 1997 conference of attorneys general & consumer lawyers

### Judicial Recognition & Legislative Commendation:

Judges have granted me status of "expert" in federal, state court, and arbitration.
The New Mexico state legislature passed a law commending me for my integrity.
At a request of the federal judiciary I testified on car loan & credit damage issues.

### Community Involvement:

Boy Scouts of America: honored with Eagle Scout Award, God & Country Award
elected and served as President of our superb Palm Beach Atlantic Symphony

MV-950 (2/08)　　　　　　　　　　New York State Department of Motor Vehicles　　　　　　PAGE 1 OF 2
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nyadmv.com

**INSTRUCTIONS >** Lender must complete boxes ❶ ❷ ❸ ❹ ❺. If Lender is selling vehicle, Purchaser Information is required in boxes ❺ ❻

**❶ VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home" or boat" )*

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|----------------|-------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

**❷**

| LENDER | BORROWER |
|--------|----------|
| Business Name COMMUNITY BANK, N.A. | Last Name, First, M.I. |
| Number and Street Address 45-49 COURT ST.　　　Apt. No. | Number and Street Address 4　　　Apt. No. |
| City CANTON　　State NY　ZIP Code 1 3 1 6 1 3 1 1 7 | City　　State　　ZIP Code |

The vehicle described above was repossessed in PA _____ on _____ from the borrower who was in default
of a security contract dated ___0_____. On _____ was
(State)                    (Month/Day/Year)                    (Auctioneer)
authorized to sell the above vehicle *(if applicable)*.
Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses):*　　　　　Date Notified

| Police Agency Name | Address | |
|--------------------|---------|--|
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office notified) | Address | |
| Borrower/Current Owner Name (other than lienholder) | Address 4 | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.　　　　　　　　　　　　　　　　　　　　　　*Joan Mentley*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has *(check the appropriate box):* ☐ not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A _____ state that the odometer now reads _____ miles
　　　　Lender – Print Name in Full　　　　　　　　　　　　　　　　(do not include tenths of a mile)
and (one of the following statements must be checked):
1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
　　 the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
　　 is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
　　 ODOMETER DISCREPANCY."

**❺ DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT:** Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

*Check one box:* I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

▶ *Joan Mentley*　　　　　　　　　　　　　　　　　Purchaser Signature
　 Lender Signature

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | Price Paid | | Date of Sale |
|------------------------------|--|------------|--|--------------|
| Number and Street Address | Apt. No. | City | | State |

PLAINTIFF'S EXHIBIT
1

MV-950 (2/08)                                                                                    PAGE 2 OF 2

**§ 425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.**   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

**Confidential**

MV-950 (2/06)

New York State Department of Motor Vehicles

**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**

www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS** ❶❷❸❹❺❻

❶ **VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home, or boat.)*

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

❷ **LENDER** / **BORROWER**

Business Name: **COMMUNITY BANK, N.A.**   Last Name; First, M.I.

Number and Street Address: **45-49 COURT ST.**   Apt. No.   Number and Street Address   Apt. No.

City: **CANTON**   State: **NY**   ZIP Code: **13617**   City: **TRENTON**   State   ZIP Code

The vehicle described above was repossessed in **PA** on _____ from the borrower who was in default

of a security contract dated _____. On _____, _____ was

authorized to sell the above vehicle *(if applicable)*.

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

❸ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses)* — Date Notified

| | Address |
|---|---|
| Police Agency Name | |
| Commissioner of Motor Vehicles *(enter name of Motor Vehicle office notified)* | Address |
| Borrower/Contract Owner Name *(other than permitted)* | Address |
| Other Name | Address |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any applicable laws in the state when the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

❹ **ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has *(check the appropriate box)* _____ not including tenths. Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, **COMMUNITY BANK, N.A.** state that the odometer now reads _____ miles

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-displayed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)

3. ☐ I certify that, to the best of my knowledge, the above-displayed odometer reading is *NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."*

❺ **DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

CHECK ONE BOX: I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" or it.)

❻ **PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | | Date of Sale |
|---|---|---|---|---|---|
| Number and Street Address | Apt. No. | City | | State | ZIP Code |

Confidential

CB_Urban00003238

MV-950 (2/08)
New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nydmv.com
PAGE 1 OF 2

INSTRUCTIONS

❶ **VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home or boat)*

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|-----------------|-------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

❷ **LENDER** / **BORROWER**

| Business Name COMMUNITY BANK, N.A. | | | | Last Name, First, | | |
| Number and Street Address 45-49 COURT STREET | | | Apt. No. | Number and Street Address | | Apt. No. |
| City CANTON | State NY | ZIP Code 1 3 6 4 2 | City | | State | ZIP Code |

The vehicle described above was repossessed in PENNSYLVANIA on _____ from the borrower who was in default
(State)                                    (Month/Day/Year)
of a security contract dated _____. On _____ _____ was
                                    (Month/Day/Year)   (Auctioneer)
authorized to sell the above vehicle *(if applicable)*.
Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

**NOTE:** The notification is not required when a manufactured home or boat is repossessed.

❸ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses):*

| | Address | Date Notified |
|---|---------|---------------|
| Police Agency Name | | |
| Commissioner of Motor Vehicles *(enter Name of Motor Vehicles office nearest)* | Address | |
| Borrower/Camper/Owner Name *(other than lienholder)* | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.                                                            (Lender's Signature)

❹ **ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has *(check the appropriate box)* _____ not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.
I, COMMUNITY BANK, N.A. _____ state that the odometer now reads _____ miles
            (Lender - Print Name in Full)                                    (do not include tenths of a mile)
and *(one of the following statements must be checked)*:
1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
       the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS." (The mileage
       is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
       ODOMETER DISCREPANCY."

❺ **DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT:** Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.
*(Check one box.)* I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highway, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

                    (Lender Signature)                                          (Purchaser Signature)

❻ **PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | | Date of Sale |
| Number and Street Address: | Apt. No. | City | | State | ZIP Code |

Confidential

MV-950 (2/08)  
New York State Department of Motor Vehicles  
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**  
www.nysdmv.com  
PAGE 1 OF 2

**INSTRUCTIONS** ❶❷❸❹❺❻

**❶ VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home* or boat* )*

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

**❷ LENDER** / **BORROWER**

Business Name COMMUNITY BANK, N.A.  
Number and Street Address 45-49 COURT STREET  
City CANTON  State NY  ZIP Code 13614

Last Name, First, M.I.

The vehicle described above was repossessed in PENNSYLVANIA on 02/06/2012 from the borrower who was in default of a security contract dated 08/09/2008 . On ____ , ____ was authorized to sell the above vehicle *(if applicable)*.

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses):*   | Date Notified |

| Police Agency Name | Address | |
| Commissioner of Motor Vehicles *(enter Name of Motor Vehicles office notified)* | Address | |
| Borrower/Current Owner Name *(other than lienholder)* | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien notice is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.
*(Lender's Signature)*

**❹ ODOMETER DISCLOSURE STATEMENT**  
The odometer on the vehicle described above has *(check the appropriate box)*: ☐ not including tenths.  
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.  
I, COMMUNITY BANK, N.A. state that the odometer now reads _____ miles  
and (one of the following statements must be checked):  
1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.  
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)  
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is *"NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."*

**❺ DAMAGE DISCLOSURE STATEMENT**  
**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**  
☐ I certify that, to the best of my knowledge, this vehicle ☐ wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)
*(Lender Signature)*  Purchaser Signature

**❻ PURCHASER:**  
Print Last Name, First, M.I.  Price Paid  Date of Sale  
Number and Street Address  Apt. No.  City  State  ZIP Code

**Confidential**  CB_Urban00003473

MV-950 (2/08)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

INSTRUCTIONS: Lender must complete boxes ❶❷❸❹❺❻. If repossessed, seller and purchaser information is required in boxes ❺❻.

**❶ VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home¹ or boat¹)*

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|----------------|-------------------|--------------|
| 2008 | | | | | |

VEHICLE IDENTIFICATION NUMBER

**❷ LENDER / BORROWER**

| Business Name COMMUNITY BANK, N.A. | | Last Name, First, | |
|---|---|---|---|
| Number and Street Address 45-49 COURT STREET | Apt. No. | Number and Street Address | Apt. No. |
| City CANTON | State NY | ZIP Code 13617 | City | State | ZIP Code |

The vehicle described above was repossessed in PENNSYLVANIA _____ on 02/___/201_ from the borrower who was in default (State)

of a security contract dated 07/05/2010. On _____ (Month/Day/Year) _____ (Auctioneer) was

authorized to sell the above vehicle (*if applicable*).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

¹ If the vehicle is a boat or manufactured home, use form MV-950.1, if repossessed.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses):*   Date Notified

| Police Agency Name | Address |
|---|---|
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office notified) | Address |
| Borrower/Current Owner Name (other than lienholder) | Address |
| Other Name | Address |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (*see page 2*) and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.                      _____ (Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has (*check the appropriate box*): ☐ 5 digits ☐ 6 digits — not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership.  Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. _____ state that the odometer now reads _____ miles
           Lender – Print Name in Full                                                                (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is *NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."*

**❺ DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

☐ has ☐ has not — I certify that, to the best of my knowledge, this vehicle ☐ has ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of its retail value of the vehicle at the time of loss. (Checking the "*has been*" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____ Lender Signature                     _____ Purchaser Signature

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Pd'd | Date of Sale |
|---|---|---|---|---|
| Number and Street Address | Apt. No. | City | State | ZIP Code |

**Confidential**

CB_Urban00003566

MV-950 (2/08)                                                                                    PAGE 2 OF 2

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or

corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to

the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall,

immediately following such repossession or retaking, personally appear at a station house or other office of the police

department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred,

give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four

hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of

such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle

or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation

repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or

motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the

motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by

legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential                                                                    CB_Urban00003567

MV-950 (2/08)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**①** VEHICLE DESCRIPTION (Includes motor vehicle or motorcycle, manufactured home or boat)

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |

VEHICLE IDENTIFICATION NUMBER

**②** LENDER / BORROWER

Business Name COMMUNITY BANK, N.A.
Number and Street Address 45-49 COURT STREET
City CANTON   State NY   ZIP Code 13617

The vehicle described above was repossessed in PENNSYLVANIA (State)

of a security contract dated 01/28/2010. On (Month/Day/Year)

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

**③** PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES (list names and addresses):

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law...

**④** ODOMETER DISCLOSURE STATEMENT

I, COMMUNITY BANK, N.A.

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE"...
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS."
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**⑤** DAMAGE DISCLOSURE STATEMENT

**⑥** PURCHASER:

Confidential

CB_Urban00003724

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter   and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.   Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.   Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential

CB_Urban00003725

MV-950 (2/08)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS** ❶❷❸❹❺❻

**❶ VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home* or boat**)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|-----------------|-------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

**❷ LENDER** / **BORROWER**

| Business Name COMMUNITY BANK, N.A. | Last Name |
|---|---|
| Number and Street Address 45-49 COURT STREET | Apt. No. | Number and Street Address 19_ | Apt. No. |
| City CANTON | State NY | Zip Code 1 1 3 6 1 2 1 7 | City | State | Zip Code |

The vehicle described above was repossessed in PENNSYLVANIA on 01/13/2012 from the borrower who was in default
                                                         (State)
of a security contract dated 11/10/2010. On _____ _____ was
                                                         (Month/Day/Year)                (Auctioneer)
authorized to sell the above vehicle (if applicable).
Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):

| Police Agency | | Address | Date Notified |
|---|---|---|---|
| TOWN | OF CANTON  PD | R. D. | |
| Holder of Motor Vehicle Lien (other than Lender or Motor Vehicle Office notified) | | Address | |
| Borrower/Current Owner Name (other than Borrower) | | Address | |
| Other Name | | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2), and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other upon perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.                                                                 _____
                                                                                (Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box): ☐ rights ☐ ☐ not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. state that the odometer now reads _____ miles
           Lender – Print Name in Full                                    (do not include tenths of a mile)
and (one of the following statements must be checked):
1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
       the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
       is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
                   ODOMETER DISCREPANCY."

**❺ DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT: Making a false statement, or failure to accurately disclose this salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

Check one box: I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____                    _____
   (Lender Signature)                         (Purchaser Signature)

**❻ PURCHASER:**

| Print Name/Business Name FEE, M.L. | | Price Paid | Date of Sale |
|---|---|---|---|
| Number and Street Address | Apt. No. | City | State | Zip Code |

Confidential

CB_Urban00003873

MV-950 (2/08)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS:** ...

**❶ VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home* or boat*)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

**❷ LENDER** / **BORROWER**

| Business Name COMMUNITY BANK, N.A. | | | | Last Name, First | | | |
| Number and Street Address 45-49 COURT STREET | | | Apt. No. | Number and Street Address | | | Apt. No. |
| City CANTON | State NY | ZIP Code 13617 | | City LANGBORO | | State | ZIP Code |

The vehicle described above was repossessed in PENNSYLVANIA _____ on _____ from the borrower who was in default
_(State)_                                      _(Month/Day/Year)_
of a security contract dated 09_____. (if applicable). _____ was
authorized to sell the above vehicle (if applicable).                _(Auctioneer)_
Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses): | | | Date Notified

| Police Agency Name | Address | |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office notified) | Address | |
| Borrower/Current Owner Name (other than lienholder) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.                                         _Lori Smith_ _(Lender's Signature)_

**❹ ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has (check the appropriate box): _____ not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.
I, COMMUNITY BANK, N.A. _____ state that the odometer now reads _____ miles
   _Lender — Print Name in Full_                                    _(do not include tenths of a mile)_
and (one of the following statements must be checked):
1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
   the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
   is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
   ODOMETER DISCREPANCY."

**❺ DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

_____ I certify that, to the best of my knowledge, this vehicle _____ wrecked, destroyed or damaged to such
an extent that the total expense or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_Lori Smith_ _(Lender Signature)_                    _____ _Purchaser Signature_

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | | Date of Sale | |
| Number and Street Address | Apt. No. | City | | State | ZIP Code |

Confidential

CB_Urban00004077

MV-950 (2/08)                    New York State Department of Motor Vehicles                    PAGE 1 OF 2
                         **AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
                                        www.nysdmv.com

INSTRUCTIONS: Lenders must complete boxes ❶ ❷ ❸ ❹ ❺. All Lender & selling vehicle, Purchaser information is required in boxes ❻

❶ **VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home* or boat*)*

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|----------------|-------------------|--------------|
|      |      |       |                |                   |              |

VEHICLE IDENTIFICATION NUMBER

❷ | LENDER | | BORROWER |
Business Name COMMUNITY BANK, N.A.

Last Name, First

Number and Street Address 45-49 COURT STREET

Number and Street Address

| City CANTON | State NY | ZIP Code 1 3 6 1 7 |   | City | State | ZIP Code |

The vehicle described above was repossessed in PA _____ on _____ from the borrower who was in default
                                                      (State)
of a security contract dated 7/29/2008 . On _____ _____ was
                            (Month/Day/Year)                (Auctioneer)
authorized to sell the above vehicle *(if applicable)*.
Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.
      NOTE: This notification is not required when a manufactured home or boat is repossessed.

❸ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):            | Date Notified
Police Agency Name TOWANDA STATE POLICE | Address TOWANDA PA | 2/7/2011
Commissioner of Motor Vehicles *(enter Name of Motor Vehicles office notified)* | Address |
Borrower/Current Owner Name *(other than Bankholder)* | Address |
Other Name | Address |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.                                                    _____
                                                                        (Lender's Signature)

❹ **ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has *(check the appropriate box)*: ☐ miles ☐ kilometers not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.
I, COMMUNITY BANK, N.A. _____ state that the odometer now reads _____ miles
              Lender - Print Name in Full                                            (do not include tenths of a mile)
and (one of the following statements must be checked):
1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
      the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
      is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is *"NOT THE ACTUAL MILEAGE. WARNING:
      ODOMETER DISCREPANCY."*

❺ **DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT:** Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.
*(Check one box)* I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)
                  _____                          _____
                      Lender Signature                                    Purchaser Signature

❻ **PURCHASER:**
Print Last Name, First, M.I.
| Number and Street Address |  | Apt. No. | City | Price Paid |  | Date of Sale |
|  |  |  |  |  | State | ZIP Code |

Nunz!

                                          CB_Urban00002312

MV-950 (3/08)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nys-dmv.com

PAGE 1 OF 2

**INSTRUCTIONS:** ████████████████ ❶❷❸❹❺❻

**❶ VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home or boat)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|------------------|--------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

**❷ LENDER / BORROWER**

| Business Name COMMUNITY BANK, N.A. | Last Name, First, M.I. |
|---|---|
| Number and Street Address 45-49 COURT STREET | Apt. No. | Number and Street Address | Apt. No. |
| City CANTON | State NY | ZIP Code 13617 | City | State | ZIP Code |

The vehicle described above was repossessed in PA _____ on _____ from the borrower who was in default

of a security contract dated _____ On _____ (Mo/Day/Year) _____ was

authorized to sell the above vehicle (if applicable). _____ (Auctioneer).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):

| | | Date Notified |
|---|---|---|
| Police Agency Name | Address | |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office holder) | Address | |
| Borrower/Current Owner Name (and/or lien Lienholder) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained I have advised the purchaser of the outstanding liens on the vehicle.

_Tom Smith_ (Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box) ☐ ████████████████ not including tenths. Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. _____ (Lender - Print Name in Full) state that the odometer now reads _____ miles (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)

3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**❺ DAMAGE DISCLOSURE STATEMENT**

IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

CHECK IF TRUE: ☐ I certify that, to the best of my knowledge, this vehicle ████████████████ wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an annual theft examination before being registered, and that the title issued will have the statement, "Rebuilt Salvage: NY" on it.)

_Tom Smith_ (Lender Signature) _____ (Purchaser Signature)

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | Price Paid | Date of Sale |
|---|---|---|---|
| Number and Street Address | Apt. No. | City | State | ZIP Code |

_KSA_

Confidential

MV-950 (2/08)

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle. Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address. Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential

CB_Urban00002426



MV-950 (2/08)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nydmv.com

PAGE 1 OF 2

**INSTRUCTIONS**

**① VEHICLE DESCRIPTION** (Includes motor vehicle or motorcycle, manufactured home* or boat*)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE 1ST TITLED | PLATE NUMBER |

**VEHICLE IDENTIFICATION NUMBER**

**②** LENDER / BORROWER

| Business Name COMMUNITY BANK N.A. | Last Name, M.I. |
| Number and Street Address 45-49 COURT ST. | Apt. No. | Number and Street Address | Apt. No. |
| City CANTON | State NY | ZIP Code 13617 | City | State | ZIP Code |

The vehicle described above was repossessed in PA _____ on _____ from the borrower who was in default

of a security contract dated _____ . On _____ , _____ was

authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

**③ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):

| Police Agency Name FRANKLIN CTY. PD | Address FRANKLIN, PA 16323 | Date Notified 07/15/09 |
| Commissioner of Motor Vehicles (other Name) | Address | |
| Coowner/Owners/Owner Name (other lien beneficiary) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.

(Lender's Signature)

**④ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box): _____ not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK N.A. _____ state that the odometer now reads _____ miles
(Lender - Print Name in Full) (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
is in excess of what the odometer is capable of recording.)

3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
ODOMETER DISCREPANCY."

**⑤ DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT:** Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

Check one box: I certify that, to the best of my knowledge, this vehicle _____ wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

(Lender Signature)

**⑥ PURCHASER:**

| Purchaser Signature |
| Field Last Name, First, M.I. | | Price Paid | | Date of Sale |
| Number and Street Address | Apt. No. | City | | State | ZIP Code |

RSA 08-6

Confidential

CB_Urban00002480

MV-950 (2/08)

New York State Department of Motor Vehicles

PAGE 1 OF 2

**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**

www.nysdmv.com

INSTRUCTIONS:

**1** VEHICLE DESCRIPTION *(includes motor vehicle or motorcycle, manufactured home* or boat* )*

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |

VEHICLE IDENTIFICATION NUMBER

**2**

| LENDER | | BORROWER | |
| --- | --- | --- | --- |
| Business Name COMMUNITY BANK, N.A. | | Last Name, First, M.I. | |
| Number and Street Address 45-49 COURT ST. | Apt. No. | Number and Street Address | Apt. No. |
| City CANTON | State NY | ZIP Code 13617 | City | State | ZIP Code |

The vehicle described above was repossessed in PA _____ on _____ from the borrower who was in default

of a security contract dated _____. On _____

authorized to sell the above vehicle *(if applicable)*.

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

**3** PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES *(list name and addresses)*:

| | | | Date Notified |
| --- | --- | --- | --- |
| Police Agency Name | | Address | |
| Commissioner of Motor Vehicles *(enter Name of Motor Vehicles office notified)* | | Address | |
| Borrower/Owner Name *(other than Reporter)* | | Address | |
| Other Name | | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

*(Lender's Signature)*

**4** ODOMETER DISCLOSURE STATEMENT

The odometer on the vehicle described above has *(check the appropriate box)*: _____ not including tenths.

Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. state that the odometer now reads _____ miles

and one of the following statements must be checked:

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS." (The mileage is in excess of what the odometer is capable of recording.)

3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**5** DAMAGE DISCLOSURE STATEMENT

**IMPORTANT:** Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

*(Checking one)* I certify that, to the best of my knowledge, this vehicle _____ wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has/has not" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage NY" on it.)

*(Lender Signature)* _____ *(Purchaser Signature)*

**6** PURCHASER:

| Print Last Name, First, M.I. | | | | Price Paid | Date of Sale |
| --- | --- | --- | --- | --- | --- |
| Number and Street Address | | Apt. No. | City | State | ZIP Code |

RSA 0-8-19

Confidential

CB_Urban00002660

MV-950 (2/08)

**New York State Department of Motor Vehicles**
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS** ❶ ❷ ❸ ❹ ❺ ❻

❶ **VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home or boat)

| YEAR | MAKE | MODEL | STATE LAST TITLED | PLATE NUMBER |

VEHICLE IDENTIFICATION NUMBER

❷ **LENDER** / **BORROWER**

Business Name **COMMUNITY BANK, N.A.**

Last Name, First, M.I.

Number and Street Address **45-49 COURT STREET**

Apt. No.

Number and Street Address

Apt. No.

City **CANTON**   State **NY**   ZIP Code **1 3 6 1 7**

City   State   ZIP Code

The vehicle described above was repossessed in **PA** on 1/ ___ from the borrower who was in default

of a security contract dated _____. On _____ (date) the _____ was

authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

❸ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):

| | Address | Date Notified |
|---|---|---|
| Police Agency Name **SAYRE PD** | Address **SAYRE, PA 18840** | **1/19/11** |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office notified) | Address | |
| Borrower/Current Owner Name (other than Bailouter) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law and any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on this vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

(Lender's Signature)

❹ **ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box): _____ not including tenths. Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, **COMMUNITY BANK, N.A.** _____ state that the odometer now reads _____ miles

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)

3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

❺ **DAMAGE DISCLOSURE STATEMENT**

IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

(Check one box) I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost of parts or labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highway, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

Lender Signature _____   Purchaser Signature _____

❻ **PURCHASER:**

Print Last Name, First, M.I. _____   Price Paid _____   Date of Sale _____

Number and Street Address _____   Apt. No. ___   City ___   State ___   ZIP Code ___

Stateline

**Confidential**

CB_Urban00002776

MV-950 (2/08)                                                                                    PAGE 2 OF 2

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter   and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or - motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address. Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential

CB_Urban00002777

MV-950 (2/08)

**New York State Department of Motor Vehicles**
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS** ... ❶❷❸❹❺❻ ...

**❶ VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home* or boat*)*

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

**❷ LENDER** ▸ **BORROWER** ▸

| Business Name | COMMUNITY BANK, N.A. | | | | Last Name, First, M.I. | | | | |
| Number and Street Address | 45-49 COURT STREET | | Apt. No. | | Number and Street Address | | | Apt. No. |
| City | CANTON | State NY | ZIP Code 13161117 | | City | | State | ZIP Code |

The vehicle described above was repossessed in PA (State) on ▬▬▬ from the borrower who was in default of a security contract dated 6/14▬▬ or ▬▬▬ was authorized to sell the above vehicle (if applicable). (Month/Day/Year) (Auctioneer)

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses):*

| Police Agency Name PA STATE POLICE | Address BUTLER, PA 16001 | Date Notified 02/04/11 |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles Dept. notified) | Address | |
| Borrower/Current Owner Name (other than lienholder) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

(Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box): ... not including tenths. Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. state that the odometer now reads _____ miles
Lender – Print Name in Full (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**❺ DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

☐ ... I certify that, to the best of my knowledge, this vehicle ... wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

Lender Signature                    Purchaser Signature

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | Date of Sale |
| Number and Street Address | | Apt. No. | City | State | ZIP Code |

CB_Urban00002903

MV-950 (2/0*)                                                                                          PAGE 2 OF 2

§    425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.    1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential

MV-960 (2/06)

**New York State Department of Motor Vehicles**
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

INSTRUCTIONS - YOU MUST COMPLETE ❶❷❸❹❺❻

❶ **VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home or boat)*

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|-----------------|-------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

❷ **LENDER** / **BORROWER**

| Business | Last Name |
|----------|-----------|
| Name COMMUNITY BANK N.A. | First, M.I. |
| Number and Street Address 45-49 COURT ST. | Number and Street Address | Apt. No. |
| City CANTON | State NY | ZIP Code 1 3 6 1 7 | City | State | ZIP Code |

The vehicle described above was repossessed in PA                    on 08/04/09          from the borrower who was in default
of a security contract dated _____. On _____ was
authorized to sell the above vehicle *(if applicable)*.
Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

❸ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses)*:

| Police Agency Name | Address | Date Notified |
|--------------------|---------|---------------|
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office and address) | Address | |
| Recorded/Current Owner Name (other than Repossessor) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.                                                      _Joan Mantley_
                                                                      (Lender's Signature)

❹ **ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has *(check the appropriate box)*: [ ] not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.
I, COMMUNITY BANK N.A. states that the odometer now reads _____ miles
                 (Lender - Print Name in Full)                                                            (do not include tenths of a mile)
and (one of the following statements must be checked):
1. [ ] I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
the vehicle described above.
2. [ ] I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
is in excess of what the odometer is capable of recording.)
3. [ ] I certify that, to the best of any knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
ODOMETER DISCREPANCY."

❺ **DAMAGE DISCLOSURE STATEMENT**
IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

I certify that, to the best of my knowledge, this vehicle [ ] / [ ] wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_Joan Mantley_
 (Lender Signature)                                                        Purchaser Signature

❻ **PURCHASER**

| Print Last Name | | Price Paid | Date of Sale |
|-----------------|--|------------|--------------|
| First, M.I. | | | |
| Number and Street Address | Apt. No. | City | | State | ZIP Code |

RSA 0-8-13

Confidential

CB_Urban00003020

MV-950 (1/11)

**New York State Department of Motor Vehicles**
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.dmv.ny.gov

PAGE 1 OF 2

**INSTRUCTIONS** ➤ Lenders must complete boxes ❶ ❷ ❸ ❹ ❺   If Lender is selling vehicle, Purchaser information is required in boxes ❻ ❻

**❶ VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home* or boat*)*

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

**❷**

| | LENDER | | | BORROWER | | |
|---|---|---|---|---|---|---|
| Business Name | COMMUNITY BANK, N.A. | | | Last Name, First | | |
| Number and Street Address | 45-49 COURT ST PO BOX 509 | Apt. No. | | Number and Street Address | | Apt. No. |
| City | CANTON | State NY | ZIP Code 13617 | City BLUE RIDGE | State | ZIP Code |

The vehicle described above was repossessed in __PENNSYLVANIA__ on _____ from the borrower who was in default
_____(State)_____

of a security contract dated 12_____. On _____ _____ was
                                                        (Month/Day/Year)        (Auctioneer)
authorized to sell the above vehicle *(if applicable).*
Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

*(NOTE: This notification is not required when a manufactured home or boat is repossessed.)*

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses)*

| | | Date Notified |
|---|---|---|
| Police Agency Name | Address                                              PRU | |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office notified) | Address | |
| Borrower/Current Owner Name (other than lienholder) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.                                                                                   _____
                                                                                                            (Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has *(check the appropriate box):* ☐ 5 digits ☐ 6 digits ☐ 7 digits; not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, __COMMUNITY BANK, N.A.__ state that the odometer now reads _____ miles
        Lender – Print Name in Full                                                                 (do not include tenths of a mile)

and (one of the following statements must be checked):
1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
      the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS." (The mileage
      is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is *"NOT THE ACTUAL MILEAGE. WARNING:
      ODOMETER DISCREPANCY."*

**❺ DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

Check one box – I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highway, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____                          _____
Lender Signature                                                                    Purchaser Signature

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | | Date of Sale |
|---|---|---|---|---|---|
| Number and Street Address | | Apt. No. | City | State | ZIP Code |

**Confidential**

CB_Urban00000671

MV-950 (1/11)                                                                                          PAGE 2 OF 2

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or

corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to

the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall,

immediately following such repossession or retaking, personally appear at a station house or other office of the police

department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred,

give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four

hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of

such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle

or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation

repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or

motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the

motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by

legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.



**Confidential**

CB_Urban00000672

MV-950 (2/08)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS:** Lender must complete ❶ ❷ ❸ ❹ ❺ ❻

**❶ VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home* or boat*)*

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|------------------|-------------------|--------------|
| | | | | | |

VEHICLE IDENTIFICATION NUMBER

**❷ LENDER** / **BORROWER**

| Business Name | COMMUNITY BANK N.A. | | Last Name, First, M.I. | |
|---|---|---|---|---|
| Number and Street Address | 45-49 COURT ST. | Apt. No. | Number and Street Address | 510 | Apt. No. |
| City | CANTON | State NY | ZIP Code 1 3 6 1 7 | City | State | ZIP Code |

The vehicle described above was repossessed in PA _____ on _____ from the borrower who was in default

of a security contract dated _____ . On _____ _____ was
        (Sum)                                    (Month/Day/Year)                          (Auctioneer)

authorized to sell the above vehicle (*if applicable*).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

(*NOTE: This notification is not required when a manufactured home or boat is repossessed.*)

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):

| Pof/Co Agency Name | Address | Date Notified |
|---|---|---|
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office notified) | Address | |
| Borrower/Current Owner Name (other than lienholder) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (*see page 2*) and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

_____ (Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box): ☐ _____ not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, __COMMUNITY BANK N.A.__ state that the odometer now reads _____ miles
        Lender – Print Name in Full                                                      (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "*NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY.*"

**❺ DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

**Checking a box:** I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____ (Lender Signature)                          _____ Purchaser Signature

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | | Date of Sale |
|---|---|---|---|---|---|
| Number and Street Address | | Apt. No. | City | | State | ZIP Code |

Confidential

CB_Urban00001761

MV-950 (2/08)                                                                                    PAGE 2 OF 2

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.   Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.   Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential

CB_Urban00001762

MV-950 (2/08)

**New York State Department of Motor Vehicles**
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS** ☞ Lenders must complete boxes ❶ ❷ ❸ ❹ ❺   If Lender is selling vehicle, Purchaser information is required in boxes ❺ ❻

❶ **VEHICLE DESCRIPTION** *(Includes motor vehicle or motorcycle, manufactured home* or boat* )

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|-----------------|-------------------|--------------|
|      |      |       |                 |                   |              |

VEHICLE IDENTIFICATION NUMBER →

❷

| | LENDER | | BORROWER | | |
|---|---|---|---|---|---|
| Business Name COMMUNITY BANK, N.A. | | | Last Name, First M.I. | | |
| Number and Street Address 45-49 COURT ST. | Apt. No. | | Number and Street Address | State | ZIP Code |
| City CANTON | State NY | ZIP Code 1 3 6 1 1 7 | City | State | ZIP Code |

The vehicle described above was repossessed in  PA        on              from the borrower who was in default

(State)

of a security contract dated            . On             ,                           was

(Month/Day/Year)                        (Auctioneer)

authorized to sell the above vehicle *(if applicable)*.

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

(*NOTE: This notification is not required when a manufactured home or boat is repossessed.)

❸ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses)*:

| Police Agency Name DUBOIS STATE PD. | Address | Date Notified |
|---|---|---|
| Commissioner of Motor Vehicles (enter Name of Vehicles office notified) | Address | |
| Borrower/Current Owner Name (other than lienholder) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

(Lender's Signature)

❹ **ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has *(check the appropriate box)*:  ☐ 6 digits ☐ 6 digits ☐ 7 digits, not including tenths.

Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership.  Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A.           state that the odometer now reads                  miles

Lender – Print Name In Full                                (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐   I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.

2. ☐   I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)

3. ☐   I certify that, to the best of my knowledge, the above-disclosed odometer reading is *"NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."*

❺ **DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT:** Making a false statement, or failure to accurately disclose  the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

Check one box– I certify that, to the best of my knowledge, this vehicle  ☐ has been  ☐ has not been  wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

Lender Signature                                          Purchaser Signature

❻ **PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | | Date of Sale |
|---|---|---|---|---|---|
| Number and Street Address | Apt. No. | City | | State | ZIP Code |

Confidential

MV-950 (2/08)                                                                                    PAGE 2 OF 2

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential                                                    CB_Urban00001976

MV-950 (2/00)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS:** _____

**❶ VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home or boat)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|-----------------|-------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

**❷ LENDER** / **BORROWER**

Business Name COMMUNITY BANK, N.A.

Last Name

Number and Street Address 45-49 COURT STREET          Apt. No.     Number and          Apt. No.

City CANTON          State NY          ZIP Code 1 3 6 1 7

City          State          ZIP Code

The vehicle described above was repossessed in PA          on          from the borrower who was in default

of a security contract dated    1 /          On          was

(Month/Day/Year)          (Authorized)

authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):          Date Notified

| Police Agency Name | | Address | |
|---|---|---|---|
| Commissioner of Motor Vehicles (other Name of Motor Vehicles office notified) | | Address | |
| Borrower/Current Owner Name (other than Confirmed) | | Address | |
| Other Name | | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

(Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box):          not including tenths. Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A.          state that the odometer now reads          miles

(Lender - Print Name in Full)          (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)

3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**❺ DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT:** Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

**Check one box:** I certify that, to the best of my knowledge, this vehicle          wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_Joan Smith_
(Lender Signature)          (Purchaser Signature)

**❻ PURCHASER:**

Print Last Name, First, M.I.          Price Paid          Date of Sale

Number and Street Address          Apt. No.,   City          State          ZIP Code

_None_

Confidential          CB_Urban00002063

MV-950 (2/08)                                                                PAGE 2 OF 2

§    425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.    1.  Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given, within twenty-four hours thereof, to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last known address.  Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law:

Confidential                                                   CB_Urban00002064

MV-960 (2/08)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS >** Lenders must complete boxes ❶ ❷ ❸ ❹ ❺. If Lender is selling vehicle, purchaser information is required in boxes ❺ ❻

**❶ VEHICLE DESCRIPTION** *(Includes motor vehicle or motorcycle, manufactured home* or boat*)*

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

**❷**

| **LENDER** | | **BORROWER** | |
|---|---|---|---|
| Business Name  COMMUNITY BANK, N.A. | | Last Name, First, M.I. | |
| Number and Street | Apt. No. | Number and Street Address   300 | Apt. No. |
| City  CANTON | State  N | ZIP Code | City | State  PA | ZIP Code |

The vehicle described above was repossessed in PA on 2/8/2011 from the borrower who was in default
of a security contract dated 6/22/2009 . On _____ was
(State)                                    (Month/Day/Year)                    (Auctioneer)
authorized to sell the above vehicle *(if applicable)*.
Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.
(NOTE: This notice is not required when a manufactured home or boat is repossessed.)

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses)*:

| | | Date Notified |
|---|---|---|
| Police Agency Name | Address | |
| Commissioner of Motor Vehicles *(enter Name of Motor Vehicles office notified)* | Address | |
| Borrower/Current Owner Name *(other than lienholder)* | Address  300 | 11/2011 |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.                                                                     *(Lender's Signature)*

**❹ ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has *(check the appropriate box)*: ☐ 1) reached the "100,000 mile" limit ☐ 2) not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.
I, COMMUNITY BANK, N.A. state that the odometer now reads _____ miles
Lender — Print Name in Full                                                   *(do not include tenths of a mile)*
and (one of the following statements must be checked):
1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is *"NOT THE ACTUAL MILEAGE. WARNING:
ODOMETER DISCREPANCY."*

**❺ DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**
Check one box: I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

Lender Signature                                                   Purchaser Signature

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | | Date of Sale |
|---|---|---|---|---|---|
| Number and Street Address | | Apt. No. | City | State | ZIP Code |

Nunzi

Confidential

CB_Urban00002146

MV-950 (2/09)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS:** Lender must complete boxes ❶ ❷ ❸ ❹ ❺ . If Lender is selling vehicle, Purchaser information is required in boxes ❻ ❻

**❶ VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home* or boat* )*

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

**❷**

| LENDER | BORROWER |
|---|---|

Business Name COMMUNITY BANK, N.A.

Number and Street Address 45-49 COURT STREET

Apt. No.

City CANTON   State NY   ZIP Code 1 3 6 1 1 7

Last Name, First, M.I.

Number and Street Address 14

Apt. No.

City   State   ZIP Code

The vehicle described above was repossessed in PA _____ on _____ from the borrower who was in default
                                                    (State)                (Month/Day/Year)

of a security contract dated _____ On _____ , _____ was
                                                (Auctioneer)

authorized to sell the above vehicle *(if applicable).*

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

*(NOTE: this application is not required when a manufactured home or boat is repossessed.)*

**❸** PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES *(list names and addresses):*    Date Notified

| Police Agency Name LACKAWANNA PD | Address LACKAWANNA PA | 2/9/2011 |
|---|---|---|
| Commissioner of Motor Vehicles *(enter Name of Motor Vehicles office notified)* | Address | |
| Borrower/Current Owner Name *(other than Bankrupt)* ... TH | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.

_____
(Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has *(check the appropriate box)* ☐ has been ☐ has not been [ ] digits, not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. _____ state that the odometer now reads _____ miles.
              Lender – Print Name in Full                                        (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
   the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
   is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
   ODOMETER DISCREPANCY."

**❺ DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

**Check one box:** I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____                    _____
Lender Signature                              Purchaser Signature

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | | Date of Sale |
|---|---|---|---|---|---|
| Number and Street Address | Apt. No. | City | | State | ZIP Code |

*Nunzi !*

                                    CB_Urban00002231

MV-950 (1/11)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.dmv.ny.gov

PAGE 1 OF 2

**INSTRUCTIONS ►** Lender must complete boxes **1 2 3 4 5**. If Lender is selling vehicle, purchaser information is required in boxes **6 7 8**

**1** VEHICLE DESCRIPTION (includes motor vehicle or motorcycle, manufactured home* or boat*)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|-----------------|-------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

**2**

| LENDER | | | | BORROWER | | |
|--------|--|--|--|----------|--|--|
| Business Name COMMUNITY BANK, N.A. | | | | Last Name, First, M.I. | | |
| Number and Street Address 45-49 COURT ST PO BOX 509 | | Apt. No. | | Number and Street Address | | Apt. No. |
| City CANTON | State NY | ZIP Code 13617 | | City | State | ZIP Code |

The vehicle described above was repossessed in PENNSYLVANIA on _____ from the borrower who was in default
                                                          (State)
of a security contract dated  9/24/2010  . On _____  _____  was
                                                (Month/Day/Year)      (Auctioneer)
authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

*(NOTE: This notification is not required when a manufactured home or boat is repossessed.)*

**3** PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES (list names and addresses):

| | | Date Notified |
|--|--|--|
| Police Agency Name | Address 85 KEYSTONE IND PARK DUNMORE | 3/5/13 |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office notified) | Address | |
| Borrower/Current Owner Name (other than borrower) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.
                                                              X _____
                                                                   (Lender's Signature)

**4** ODOMETER DISCLOSURE STATEMENT

The odometer on the vehicle described above has (check the appropriate box): ☐ 5 digits  ☐ 6 digits  ☐ 7 digits, not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. , state that the odometer now reads _____ miles
       (Lender Name in Full)                                    (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
       the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
       is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is *NOT THE ACTUAL MILEAGE. WARNING:
       ODOMETER DISCREPANCY."*

**5** DAMAGE DISCLOSURE STATEMENT

**IMPORTANT: Making a false statement, or failure to accurately disclose, the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

Check one box. I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been  wrecked, destroyed or damaged to such
an extent, that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

X _____                              X _____
        Lender Signature                                          Purchaser Signature

**6** PURCHASER:

| Print Last Name, First, M.I. | | | Price Paid | Date of Sale |
|------------------------------|--|--|-----------|--------------|
| Number and Street Address | Apt. No. | City | State | ZIP Code |

MV-950 (7/11)                                                                                    PAGE 2 OF 2

§  425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.    1. Any person, firm or

corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to

the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall,

immediately following such repossession or retaking, personally appear at a station house or other office of the police

department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred,

give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four

hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of

such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle

or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation

repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or

motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the

motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by

legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.



Confidential                                                   CB_Urban00000093

MV-950 (1/11)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.dmv.ny.gov

PAGE 1 OF 2

INSTRUCTIONS ➤ Lenders must complete items ❶ ❷ ❸ ❹ ❺ ❻. If Lender is selling vehicle, Purchaser information is required in item ❻.

❶ VEHICLE DESCRIPTION (includes motor vehicle or motorcycle, manufactured home or boat)

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER

❷ LENDER / BORROWER

| | |
|---|---|
| Business Name: COMMUNITY BANK, N.A. | Last Name, First, M.I. |
| Number and Street Address 45-49 COURT ST PO BOX 509   Apt. No. | Number and Street Address                    Apt. No. |
| City CANTON   State NY   ZIP Code 1 3 6 1 7 | City   State   ZIP Code |

The vehicle described above was repossessed in PENNSYLVANIA on 3/20/2013 from the borrower who was in default
(State)                        (Month/Day/Year)

of a security contract dated 2/8/2011. On _____ was
(Month/Day/Year)                          (Auctioneer)

authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

(NOTE: This notification is not required when a manufactured home or boat is repossessed.)

❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES (list names and addresses):

| Motor Vehicle Name | Address | Date Notified |
|---|---|---|
| Commissioner of Motor Vehicles (when notified) | Address | |
| Borrower/Current Owner Name (other than lienholder) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.

(Lender's Signature)

❹ ODOMETER DISCLOSURE STATEMENT

The odometer on the vehicle described above has (check the appropriate box): ☐ 5 digits, ☐ 6 digits, ☐ 7 digits, not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. _____ state that the odometer now reads _____ miles
(Lender – Print Name In Full)                                      (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
ODOMETER DISCREPANCY."

❺ DAMAGE DISCLOSURE STATEMENT
(IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

Check one box: I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

(Lender Signature)                                              (Purchaser Signature)

❻ PURCHASER:

| Print Last Name, First, M.I. | | Price Paid | Date of Sale |
|---|---|---|---|
| Number and Street Address | Apt. No.   City | State | ZIP Code |

MV-950 (1/11)                                                                    PAGE 2 OF 2

§    425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.    1. Any person, firm or

corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to

the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall,

immediately following such repossession or retaking, personally appear at a station house or other office of the police

department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred,

give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four

hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of

such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle

or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation

repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or

motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the

motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by

legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.



**Confidential**                                                    CB_Urban00000258

MV-950 (1/11)

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.dmv.ny.gov

PAGE 1 OF 2

**INSTRUCTIONS** ▶ Lender must complete boxes ①②③④⑤⑥ if repossessing a vehicle. Further information is required in boxes ⑤⑥.

① **VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home* or boat*)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER:

② 

| LENDER | BORROWER |
|---|---|
| Business Name **COMMUNITY BANK, N.A.** | Last Name |
| Number and Street Address **45 - 49 COURT ST PO BOX 509** | Apt. No. | Number and Street Address | Apt. No. |
| City **CANTON** State **NY** ZIP Code **13617** | City | State | ZIP Code |

The vehicle described above was repossessed in **PENNSYLVANIA** on _____ from the borrower who was in default
                                                    (State)
of a security contract dated _____. On _____ _____ was
                                              (Month/Day/Year)      (Auctioneer)
authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

(*NOTE: This notification is not required when a manufactured home or boat is repossessed.)

③ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):

| | | Date Notified |
|---|---|---|
| Police Agency Name | Address | |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicle office notified) | Address | |
| Borrower/Secured Owner Name (other than Borrower) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.

_____
(Lender's Signature)

④ **ODOMETER DISCLOSURE STATEMENT**
The odometer on the vehicle described above has (check the appropriate box): ☐ 5 digits   ☐ 6 digits   ☐ 7 digits   not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, **COMMUNITY BANK, N.A.** _____ state that the odometer now reads _____ miles
        (Lender - Print Name in Full)                                      (do not include tenths of a mile)
and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage
is in excess of what the odometer is capable of recording.)

3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
ODOMETER DISCREPANCY."

⑤ **DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

**Check one box** ▶ I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total amount, or actual cost, of parts and labor to rebuild or recondition the vehicle to the condition it was in before the accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____                              _____
Lender Signature                                        Purchaser Signature

⑥ **PURCHASER:**

| Print Last Name, First, M.I. | | Phone Ext. | Date of Sale |
|---|---|---|---|
| Number and Street Address | Apt. No. | City | State | ZIP Code |

Confidential

CB_Urban00000322

MV-950 (1/11)

**New York State Department of Motor Vehicles**
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.dmv.ny.gov

PAGE 1 OF 2

**INSTRUCTIONS** ▶ Lenders must complete boxes ❶ ❷ ❸ ❹ ❺. If Lender is selling vehicle, Purchaser information is required in boxes ❻ ▦

**❶ VEHICLE DESCRIPTION** *(includes motor vehicle or motorcycle, manufactured home* or boat*)*

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER ➡

**❷**

| LENDER | BORROWER |
|---|---|
| Business Name **COMMUNITY BANK, N.A.** | Last Name, First, M.I. |
| Number and Street Address **45-49 COURT ST PO BOX 509** | Apt. No. | Number and Street Address | Apt. No. |
| City **CANTON** State **NY** ZIP Code **1 3 6 1 7** | City | State | ZIP Code |

The vehicle described above was repossessed in _____ (State) on _____ from the borrower who was in default

of a security contract dated **7/11/2012** . On _____ (Month/Day/Year) _____ (Auctioneer) was

authorized to sell the above vehicle *(if applicable)*.

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

(*NOTE: This notification is not required when a manufactured home or boat is repossessed.)

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** *(list names and addresses):* | Date Notified

| Police Agency Name | Address | |
|---|---|---|
| Commissioner of Motor Vehicles *(enter Name of Motor Vehicles office notified)* | Address | |
| Borrower/Current Owner Name *(other than lienholder)* | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law *(see page 2)* and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

_____ (Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has *(check the appropriate box)*: ☐ 5 digits ☐ 6 digits ☐ 7 digits, not including tenths.

Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, **COMMUNITY BANK, N.A.** _____ state that the odometer now reads _____ miles
(Lender – Print Name in Full) _____ (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)

3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is *"NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."*

**❺ DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

Check one box - I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____ (Lender Signature) _____ (Purchaser Signature)

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | Date of Sale |
|---|---|---|---|---|
| Number and Street Address | Apt. No. | City | State | ZIP Code |

CB_Urban00000468

MV-950 (1/11)

**New York State Department of Motor Vehicles**
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.dmv.ny.gov

PAGE 1 OF 2

**INSTRUCTIONS** ✗ Lenders must complete boxes ❶ ❷ ❸ ❹ ❺ ❻   ✗ Lender is selling vehicle, Purchaser information is required in boxes ❶ ❻ ❼

❶ **VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home or boat*)

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|----------------|-------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

❷

| LENDER | BORROWER |
|--------|----------|
| Business Name COMMUNITY BANK, N.A. | Last name, First, M.I. |
| Number and Street Address 45-49 COURT ST PO BOX 509 | Apt. No. | Number and Street Address | Apt. No. |
| City CANTON | State NY | ZIP Code 1 3 6 1 7 | City | State | ZIP Code |

The vehicle described above was repossessed in PENNSYLVANIA _____ on _____ from the borrower who was in default

of a security contract dated _____ . On _____ (Month/Day/Year) _____ (Auctioneer) _____ was
authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must
be provided to the parties listed below, within 24 hours.

[NOTE: This notification is not required when a manufactured home or boat is repossessed.]

❸ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses): | Date Notified

| Police Agency Name BARKEYVILLE TWP POLICE DEPARTMENT | Address | |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicle office notified) | Address | |
| Borrower/Current Owner Name (other than Borrower) _____ VY | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any
applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are
any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens
on the vehicle.

_____ (Lender's Signature)

❹ **ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box): ☐ 5 digits ☐ 6 digits not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or
not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. _____ state that the odometer now reads _____ miles
Lender – Print Name in Full (No tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of
the vehicle described above.

2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS" (The mileage
is in excess of what the odometer is capable of recording).

3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING:
ODOMETER DISCREPANCY."

❺ **DAMAGE DISCLOSURE STATEMENT**

**IMPORTANT:** Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject
you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

Checking a box: I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such
an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before its accident, and
for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means
the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____ (Lender Signature)   _____ (Purchaser Signature)

❻ **PURCHASER:**

| Print Last Name, First, M.I. | | From Point | Date of Sale |
| Number and Street Address | Apt. No. | City | | State | ZIP Code |

Confidential

MV-950 (1/11)                                                                    PAGE 2 OF 2

§   475. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.     1. Any person, firm or

corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to

the provisions of article nine of the uniform commercial code, or other authority of law, or any consent or agreement, shall,

immediately following such repossession or retaking, personally appear at a station house or other office of the police

department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred,

give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four

hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of

such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle

or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation

repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or

motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the

motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by

legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.



Confidential

CB_Urban00000546

MV-950 (1/11)
New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.dmv.ny.gov
PAGE 1 OF 2

INSTRUCTIONS: Lenders must complete boxes ❶ ❷ ❸ ❹ ❺ ❻. If under is selling vehicle, Purchaser information is required in boxes ❼ ❽.

❶ **VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home or boat)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|-----------------|-------------------|--------------|

VEHICLE IDENTIFICATION NUMBER

❷

| LENDER | BORROWER |
|--------|----------|
| Business Name COMMUNITY BANK, N.A. | Last Name, First M.I. |
| Number and Street Address 45-49 COURT ST PO BOX 509 | Apt. No. | Number and Street Address | Apt. No. |
| City CANTON | State NY | ZIP Code 13617 | City | State | ZIP Code |

The vehicle described above was repossessed in PENNSYLVANIA on _____ from the borrower who was in default

of a security contract dated 12_____. On _____ (Name of Firm) _____ (Address) _____ was

authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

*(NOTE: This notification is not required when a newly manufactured home or boat is repossessed.)*

❸ **PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (list names and addresses):

| | | Date Notified |
|---|---|---|
| Police Agency Name | Address: | |
| Commissioner of Motor Vehicles (enter Name of Motor Vehicles office notified) | Address: | |
| Borrower/Current Owner Name (other than Borrower) | Address: 544 _____ | |
| Other Name | Address: | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (see page 2) and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

_____ (Lender's Signature)

❹ **ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (check the appropriate box): ☐ 5 digits ☐ 6 digits ☐ 7 digits, not including tenths. Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A. _____ state that the odometer now reads _____ miles
Lender – Print Name in Full (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE; WARNING: ODOMETER DISCREPANCY."

❺ **DAMAGE DISCLOSURE STATEMENT**

IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

Check this box: I certify that, to the best of my knowledge, this vehicle ☐ has been ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_____ Lender Signature _____ Purchaser Signature

❻ **PURCHASER:**

| Print Last Name, First, M.I. | | Price Paid | Date of Sale |
|------------------------------|--|------------|--------------|
| Number and Street Address | Apt. No. | City | State | ZIP Code |

CB_Urban00000595

MV-460 (1/11)

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation, repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.



**Confidential**                                                                              CB_Urban00000596

MV-950 (2/08)                                                                                          PAGE 2 OF 2

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.   Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.   Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential

CB_Urban00004078

MV-950 (2/08)

**New York State Department of Motor Vehicles**
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.nysdmv.com

PAGE 1 OF 2

**INSTRUCTIONS**

**❶ VEHICLE DESCRIPTION** (*includes motor vehicle or motorcycle, manufactured home* or *boat*)

| YEAR | MAKE | MODEL | STATE LAST REG | STATE LAST TITLED | PLATE NUMBER |
|---|---|---|---|---|---|

VEHICLE IDENTIFICATION NUMBER →

**❷ LENDER** / **BORROWER**

| Business Name COMMUNITY BANK, N.A. | | Last Name, First, M.I. | |
|---|---|---|---|
| Number and Street Address 45-49 COURT STREET | Apt. No. | Number and Street Address | Apt. No. |
| City CANTON | State NY | ZIP Code 1 3 6 4 2 | City | State | ZIP Code |

The vehicle described above was repossessed in PENNSYLVANIA                    from the borrower who was in default
                                                                    (State)
of a security contract dated 08                    . On                    ,                    was
                    (Month/Day/Year)                    (Auctioneer)
authorized to sell the above vehicle (*if applicable*).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

**❸ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (*list names and addresses*):

| | | Date Notified |
|---|---|---|
| Police Agency Name | Address | |
| Commissioner of Motor Vehicles (*enter Name of Motor Vehicles office notified*) | Address | |
| Borrower/Current Owner Name (*other than lienholder*) | Address | |
| Other Name | Address | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law (*see page 2*) and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.                    (Lender's Signature)

**❹ ODOMETER DISCLOSURE STATEMENT**

The odometer on the vehicle described above has (*check the appropriate box*):                    not including tenths.
Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, COMMUNITY BANK, N.A.                    state that the odometer now reads                    miles
        Lender - Print Name in Full                                        (do not include tenths of a mile)
and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is *"NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."*

**❺ DAMAGE DISCLOSURE STATEMENT**
**IMPORTANT: Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.**

I certify that, to the best of my knowledge, this vehicle        wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has been" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

Lender Signature                                        Purchaser Signature

**❻ PURCHASER:**

| Print Last Name, First, M.I. | | | Price Paid | Date of Sale |
|---|---|---|---|---|
| Number and Street Address | Apt. No. | City | State | ZIP Code |

Confidential

CB_Urban00004179

MV-950 (2/08)                                                                                       PAGE 2 OF 2

§   425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police.   1. Any person, firm or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter  and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office, (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle.  Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address.  Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.

Confidential                                                                      CB_Urban00004180

New York State Department of Motor Vehicles
**AFFIRMATION OF REPOSSESSION AND BILL OF SALE**
www.dmv.ny.gov

PAGE 1 OF 2

MV-950 (3/11)

**INSTRUCTIONS - Lenders must complete boxes**

**① VEHICLE DESCRIPTION** (includes motor vehicle or motorcycle, manufactured home* or boat*)

| YEAR | MAKE | MODEL | STATE LAST REG. | STATE LAST TITLED | PLATE NUMBER |
|------|------|-------|-----------------|-------------------|--------------|
| 2008 | DODGE | CARAVAN | | | |

VEHICLE IDENTIFICATION NUMBER: 2 D 6 H N 5 4 P 6 8 R 7 7 2 1 5 7

**② LENDER** — **BORROWER**

Business Name: COMMUNITY BANK, NA
Street Address: 45-49 COURT ST PO BOX 509
City: CANTON   State: NY   ZIP Code: 13617

Last Name, First, M.I: URBAN, NICOLE
Street Address: RR 4 BOX 4234
City: MESHOPPAN   State: PA   ZIP Code: 18630

The vehicle described above was repossessed in PENNSYLVANIA on 10/29/2012 from the borrower who was in default of a security contract dated 8/12/2008. On _____ was authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours.

NOTE: This notification is not required when a manufactured home or boat is repossessed.

**③ PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES** (List names and addresses)

| | | Date Notified |
|---|---|---|
| Police Agency Name: PENNSYLVANIA STATE POLICE | Address: 915 SR 6W TUNKHANNOCK PA | 10/29/12 |
| Borrower/Current Owner Name: NICOLE URBAN | Address: RR 4 BOX 4234 MESHOPPAN PA | 10/29/12 |

Under the penalties of perjury, I affirm that I have complied with Section 425(1)...

**④ ODOMETER DISCLOSURE STATEMENT**

I, COMMUNITY BANK, NA, state that the odometer now reads _____ miles

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE"
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS".
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE WARNING: ODOMETER DISCREPANCY."

**⑤ DAMAGE DISCLOSURE STATEMENT**

**⑥ PURCHASER:**

Confidential

CB_Urban00000033

MV-650 (1/11)

PAGE 2 OF 2

§ 425. Repossession of motor vehicle or motorcycle; garageman's lien; notice to police. 1. Any person, firm, or corporation, or agent, employee or representative thereof, repossessing or retaking a motor vehicle or motorcycle pursuant to the provisions of article nine of the uniform commercial code, or other authority of law, or any contract or agreement, shall, immediately following such repossession or retaking, personally, appear at a station house or other office of the police department, or agency or officer performing like functions, in the locality wherein such repossession or retaking occurred, give notice to such department, agency or officer of such repossession or retaking and thereafter and within twenty-four hours personally deliver or mail by special delivery first class mail to the nearest motor vehicle district office; (a) notice of such repossession or retaking in such form as the commissioner may require and (b) the number plates of such motor vehicle or motorcycle. Notice of such repossession or retaking, including the name and address of the person, firm or corporation repossessing or retaking the same, shall also be given within twenty-four hours thereof to the owner of such motor vehicle or motorcycle, either personally or by registered or certified mail directed to such owner at his last-known address. Unless the motor vehicle or motorcycle can be repossessed or retaken without breach of the peace, it shall be repossessed or retaken by legal process, but nothing herein contained shall be construed to authorize a violation of the criminal law.



Confidential

CB_Urban00000034

New York State Department of Motor Vehicles

## AFFIRMATION OF REPOSSESSION AND BILL OF SALE

| LENDER | Business Name | COMMUNITY BANK, N.A. | | | BORROWER | Last Name, First, M.I. | Cummings, Lyle B. | | |
|---|---|---|---|---|---|---|---|---|---|
| | Number and Street Address | 45-49 COURT ST., PO BOX 509 | | | | Number and Street Address | 1407 Sill St. | | |
| | City | CANTON | State NY | ZIP Code 13617 | | City | Warren | State PA | ZIP Code 16365 |

**VEHICLE DESCRIPTION (includes motor vehicle or motorcycle, manufactured home* or boat*)**

| Year | Make | Model | State Last Reg. | State Last Titled |
|---|---|---|---|---|
| 2004 | Chevrolet | Trailblazer | | |

| Plate Number | Vehicle Identification Number |
|---|---|
| | 1 G N E T 1 6 S 1 4 6 1 5 0 6 2 5 |

The vehicle described above was repossessed in _PA_ _____ on _05.07.08_ from the borrower who was in
   (State)                              (Month/Day/Year)

default of a security contract dated _02-19-07_ on _____   _____
                                        (Month/Day/Year)      (Auctioneer)

was authorized to sell the above vehicle (if applicable).

Section 425(1) of the Vehicle and Traffic Law requires that, when a motor vehicle or motorcycle is repossessed, proper notification must be provided to the parties listed below, within 24 hours. (*NOTE: This notification is not required when a manufactured home or boat is repossessed.)

**PROPER NOTICE HAS BEEN GIVEN TO THE FOLLOWING PARTIES (list names and addresses):**

| | | Date Notified |
|---|---|---|
| Police Agency | PA State PD            Warren, PA 16365 | 05.07.08 |
| Commissioner of Motor Vehicles (office address of Motor Vehicles office notified) | | |
| Vehicle Owner (other than lienholder) | Lyle B. Cummings | 05.07.08 |
| Other | | |

Under the penalties of perjury, I affirm that I have complied with Section 425(1) of the New York State Vehicle and Traffic Law and/or any applicable laws in the state where the vehicle was repossessed, pertaining to the repossession of the vehicle described above. I further affirm that, if there are any other open perfected liens on the vehicle, and a lien release is not obtained, I have advised the purchaser of the outstanding liens on the vehicle.

_Joan Mentley_
(Lender's Signature)

**PURCHASER:**

| Print Last Name, First, M.I. | | Price Paid | Date of Sale |
|---|---|---|---|
| Number and Street Address | City | State | ZIP Code |

## ODOMETER DISCLOSURE STATEMENT
The odometer on the vehicle described above has (check the appropriate box): ☐ 5 digits  ☐ 6 digits  ☐ 7 digits, not including tenths.

Federal and state laws require that the mileage of the vehicle described above be specified upon transfer of ownership. Failure to do so, or not telling the truth about mileage, may result in fines and/or imprisonment.

I, _COMMUNITY BANK, N.A._ _____ state that the odometer now reads _____ miles
        Seller – Print Name in Full                                                     (do not include tenths of a mile)

and (one of the following statements must be checked):

1. ☐ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" as seen on the odometer of the vehicle described above.
2. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading "EXCEEDS MECHANICAL LIMITS". (The mileage is in excess of what the odometer is capable of recording.)
3. ☐ I certify that, to the best of my knowledge, the above-disclosed odometer reading is "NOT THE ACTUAL MILEAGE. WARNING: ODOMETER DISCREPANCY."

**IMPORTANT:** Making a false statement, or failure to accurately disclose the salvage status of a vehicle, may subject you to substantial civil fines, in addition to any penalties authorized by the Penal Law.

## DAMAGE DISCLOSURE STATEMENT -- CHECK ONE BOX
I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate, or actual cost, of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means the vehicle must have an anti-theft examination before being registered, and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

_Joan Mentley_
Seller Signature                                             Purchaser Signature

MV-950 (13/03)                                                                         PAGE 1 OF 2

_State line_
_p. 3:20_

Confidential

CB_Urban00001332

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of this pleading was sent to all counsel

of record via ECF on September 12, 2015 to the following:

Jonathan B. Fellows, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

Cary Flitter, Esq.
Theodore Lorenz, Esq.
Andrew Milz, Esq.
Flitter Lorenz, P.C.
450 N. Narberth Ave., Suite 101
Narberth, PA  19072

Timothy Polishan, Esq.
Keller, Polishan, Walsh and Solfaneli, LLC.
259 S. Keyser Ave.
Old Forge, PA  18518

Scott Barrett, Esq.
Barrett Wylie, LLC.
Showers Plaza – P.O. Box 5233
320 West 8th St., Suite 100
Bloomington, IN 47407

SHENKAN INJURY LAWYERS, LLC.
/s/ Richard Shenkan
Richard Shenkan