# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**CAROL A. BRENNAN,** *individually* :
*and on behalf of all others*
*similarly situated,*                              :

      **Plaintiffs**                   :   CIVIL ACTION NO. 3:13-2939

      **v.**                                  :              (JUDGE MANNION)

**COMMUNITY BANK, N.A.,**          :

      **Defendant**                  :

## ORDER

The Final Approval Hearing scheduled for October 14, 2015 is **CANCELLED**. A new date will be selected at a later time.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 13, 2015**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2013 ORDERS\13-2939-16.wpd