IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, ANTHONY COLINO and COURTNEY BELLOMO, individually and on behalf of all others similarly situated<br>Plaintiffs<br>vs.<br><br>COMMUNITY BANK, N.A.<br>Defendant | CLASS ACTION<br><br><br><br><br><br><br><br><br>NO. 13-CV-02939 (Judge Mannion) |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23, Plaintiffs, Carol A. Brennan, Anthony Colino and Courtney Bellomo, by and through their undersigned counsel, hereby seek final approval of the Class Action Settlement preliminarily approved by this Court by Order docketed July 15, 2015 (Doc. No. 99). Notice has been provided as ordered. Four Objectors raise one identical set of Objections. There has been only one exclusion request. This settlement – which calls for $2.8 million in cash, the elimination of $16.3 million in deficiency balances, and repair to Class Members credit reports – is fair, reasonable, and serves the best interest of the Class. For those reasons and those set forth in the accompanying Memorandum, final approval should be granted.

Date: 2/11/16           */s/ Cary L. Flitter*
                        CARY L. FLITTER
                        ANDREW M. MILZ

FLITTER MILZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782

TIMOTHY POLISHAN
EUGENE C. KELLEY
KELLEY POLISHAN & SOLFANELLI, LLC
259 South Keyser Avenue
Old Forge, PA 18518
570-562-4520

M. SCOTT BARRETT
*(Admitted Pro Hac Vice)*
BARRETT WYLIE, LLC
320 West 8th Street - Suite 100
P.O. Box 5233
Bloomington, IN 47407-5233
(812) 334-2600
**Attorneys for Plaintiffs and the Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL A. BRENNAN, ANTHONY COLINO, and COURTNEY BELLOMO, individually and on behalf of all others similarly situated,<br>                   Plaintiffs,<br><br>vs.<br><br>COMMUNITY BANK, N.A.<br>                   Defendant. | NO. 13-CV-02939<br><br><br><br>JUDGE MANNION<br><br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I, CARY L. FLITTER, hereby certify that a copy of Plaintiffs' Motion for Final Approval of Class Settlement and for the Award of Attorneys' Fees and Expenses has been electronically filed with the Clerk of Court using the CM/ECF system, which sent notification of such filing to:

Jonathan B. Fellows, Esquire
Suzanne O. Galbato, Esquire
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, NY 13202

Jane T. Smedley, Esquire
Joseph E. Kluger, Esquire
HOURIGAN, KLUGER & QUINN, P.C.
600 Third Avenue
Kingston, PA 18704

**Attorneys for Defendant**

Richard Shenkan, Esquire
SHENKAN INJURY LAWYERS
6550 Lakeshore Drive
West Bloomfield, MI 48323

Howard A. Rothenberg, Esquire
345 Wyoming Avenue, Suite 210
Scranton, PA 18503

**Attorneys for Objectors**

Date: 2/11/16 /sl Cary L. Flitter
CARY L. FLITTER

Said document is available for viewing and downloading from the ECF system.

Date: 2/11/16 /s/ Cary L. Flitter
CARY L. FLITTER

2