## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL A. BRENNAN, ANTHONY COLINO, and COURTNEY BELLAMO,** *individually and on behalf of all others similarly situated*, | : : : : | |
| | : | **CIVIL ACTION NO. 3:13-2939** |
| **Plaintiffs** | : | **(JUDGE MANNION)** |
| **v.** | : | |
| **COMMUNITY BANK, N.A.,** | : | |
| **Defendants** | : | |

## ORDER

Pursuant to the memorandum issued this same day, the Motion to Intervene filed by Nicole Urban, Eleanor Sickler, Jacob Laird, and Donald Lenherr ("Intervenors"), (Doc. 101), is **HEREBY DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 24, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2939-02-ORDER.wpd